# United States District Court
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| MAGNUS PERSSON, Derivatively on behalf of DIODES, INC. | § § § | |
| v. | § § § | Case No. 6:14-CV-245 |
| KEH-SHEW LU, et al. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO STAY DEADLINES

Came on for consideration the Unopposed Motion to Stay Deadlines (Doc. No. 8), the Court is of the opinion that the motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Unopposed Motion to Stay Deadlines is granted and that the deadlines between Plaintiff and Defendants are stayed until such time as the Court rules on Defendants' Motion to Dismiss in Cause No. 6:13cv-247.

**It is SO ORDERED.**

**SIGNED this 16th day of April, 2014.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE