IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MAGNUS PERSSON, Derivatively on behalf of DIODES, INC. | § § § |
| v. | § § § |
| KEH-SHEW LU, et al. | § |

No. 6:14-cv-245

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is Plaintiff Magnus Persson's Notice of Voluntary Dismissal (Doc. No. 19) pursuant to Rule 41(a)(1)(A)(i). In accordance with the Notice of Dismissal and recognizing that Defendants have not filed responsive pleadings in this case, it is hereby

**ORDERED** that the above-styled and numbered cause be **DISMISSED WITHOUT PREJUDICE**.

So ORDERED and SIGNED this 1st day of June, 2016.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE