IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MAGNUS PERSSON, Derivatively on behalf of DIODES, INC. | § § § | |
| | § | No. 6:14-cv-245 |
| v. | § | |
| | § | |
| KEH-SHEW LU, et al. | § | |

## FINAL JUDGMENT

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE** pursuant to Plaintiff's Notice of Voluntary Dismissal (Doc. No. 19).

All motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 1st day of June, 2016.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE